UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**ERIC J. MARTINEZ,**

      **Plaintiff,**

v.                         Case No.  6:25-cv-235-CEM-RMN

**BANK OF AMERICA, N.A.;
HOLLY O'NEILL;
ALASTAIR BORTHWICK;
DANA MICHELLE STERN;
ROBERT JAY OROVITZ;
JASON SCOTT
DRAGUTSKY; JOEL
PHILLIP MAGDOVITZ;
HAYT, HAYT, & LANDAU,
P.L.; JENNIFER CRUZ
MESA; SHERRY TUTTLE;
and SHANNON ZELENIAK,**

      **Defendants.**
_____/

## ORDER

THIS CAUSE is before the Court on Defendant's Motion to Dismiss (Doc. 55) and Plaintiff's Motion for Entry of Clerk's Default (Doc. 60). The United States Magistrate Judge issued a Report and Recommendation ("R&R," Doc. 69), recommending that (1) Defendant's Motion to Dismiss be granted; (2) the Amended Complaint be dismissed as a shotgun pleading; (3) the claims against Sherry Tuttle and Shannon Zeleniak be dismissed with prejudice; (4) Plaintiff be given leave to

amend in accordance with the R&R; and (5) Plaintiff's Motion for Entry of Clerk's Default be denied as moot, (*id.* at 10). The Magistrate Judge also recommended the Court construe Plaintiff's Motion to Strike Defendant's Motion Dismiss (Doc. 57) as a response to Defendant's Motion. (Doc. 69 at 2). Plaintiff did not file any objections but did file a Second Amended Complaint (Doc. 70) and an Unopposed Motion to Amend (Doc. 71).

After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, and noting that no objections were timely filed, the Magistrate Judge's recommended disposition is accepted. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 69) is **ADOPTED** and made a part of this Order.

2. Defendant's Motion to Dismiss (Doc. 55) is **GRANTED**.

3. Plaintiff's Amended Complaint (Doc. 13) is **DISMISSED**.

    a. The claims against Sherry Tuttle and Shannon Zeleniak are **DISMISSED with prejudice**.

4. Plaintiff's Motion for Entry of Clerk's Default (Doc. 60) is **DENIED as moot**.

5. Plaintiff's Second Amended Complaint (Doc. 70) is accepted as timely.

6. Plaintiff's Motion to Strike Defendant's Motion to Dismiss (Doc. 57) is construed as a response and as such is **DENIED as moot**.

7. Plaintiff's Unopposed Motion to Amend (Doc. 71) is **DENIED as moot**.

**DONE** and **ORDERED** in Orlando, Florida on July 25, 2025.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party